UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN PUTRUS, *et al.*,

    Plaintiffs,

v.

Case No. 21-cv-11312
Hon. Matthew F. Leitman

WILLIAM MORISON, *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFFS' FED. R. CIV. P. 37 MOTION (ECF No. 56) SEEKING RELIEF UNDER (b)(2)(A) AS A RESULT OF DEFENDANTS' VIOLATION OF THE COURT'S FEBRUARY 2, 2023 ORDER

On April 26, 2023, the Court held a hearing over video conferencing on Plaintiffs' Fed. R. Civ. P. 37 Motion (ECF No. 56) Seeking Relief Under (b)(2)(A) as a Result of Defendants' Violation of the Court's February 2, 2023 Order. For the reasons explained on the record during that hearing, the motion (ECF No. 56) is **DENIED**. **IT IS FURTHER ORDERED** that, by no later than **May 17, 2023**, Defendants shall supplement their interrogatory answer as explained on the record.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: April 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 26, 2023, by electronic means and/or ordinary mail.

            s/Holly A. Ryan
            Case Manager
            (313) 234-5126