UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVEN PUTRUS, et al.,

    Plaintiffs,                                     Case No. 21-cv-11312
                                                    Hon. Matthew F. Leitman

v.

WILLIAM MORRISON, et al.,

    Defendants.

_____/

**ORDER REGARDING MOTION FOR LEAVE**
**TO FILE EXHIBITS USING MEDIA FILE UPLOAD**

When a party motions for leave to file exhibits using the Media File Upload, the party must follow R19(c) of the ECF Policies and Procedures and include the following in its motion.

1.     A statement regarding concurrence pursuant to L.R. 7.1(a);

2.     A description of the content of the media file;

3.     A concise explanation of how the media file provides factual support to the motion, response, reply or memorandum;

4.     Whether the media file has been or will be used in a court proceeding; and

5.  Whether the content of the media file complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law (see R21).

**The current motion filed does not meet these requirements. The party is instructed to provide this information in a statement filed on the docket by [One week from today].**

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126