UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN PUTRUS, *et al.*,

    Plaintiffs,

v.

    Case No. 21-cv-11312
    Hon. Matthew F. Leitman

WILLIAM MORISON, *et al.*,

    Defendants.

_____/

## ORDER TERMINATING PENDING MOTIONS (ECF Nos. 61, 66) WITHOUT PREJUDICE

On August 3, 2023, the Court held an on-the-record status conference with counsel for all parties. For the reasons discussed during the status conference, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion for summary judgment (ECF No. 61) and Plaintiffs' motion under Rule 56(d) of the Federal Rules of Civil Procedure (ECF No. 66) are **TERMINATED WITHOUT PREJUDICE**;

- The parties shall have 90 days from the date of this order to conduct additional discovery in this matter; and

- The parties may file renewed dispositive motions, if appropriate, by no later than 45 days after the close of this additional discovery period.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN

Dated: August 3, 2023          UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2023, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126