UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN PUTRUS, *et al.*,

    Plaintiffs,

v.

                            Case No. 21-cv-11312
                            Hon. Matthew F. Leitman

WILLIAM MORISON, *et al.*,

    Defendants.
_____/

### ORDER (1) DENYING PLAINTIFFS' MOTION FOR AN ADVERSE INFERENCE WITHOUT PREJUDICE (ECF No. 93) AND (2) GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 84)

On November 19, 2024, the Court held a hearing on Plaintiffs' motion for an adverse inference (ECF No. 93) and Defendants' motion for summary judgment (ECF No. 84). For the reasons explained on the record, Plaintiffs' motion for an adverse inference is **DENIED WITHOUT PREJUDICE**. If this case proceeds to trial, Plaintiffs may renew their request for an adverse inference, if appropriate, after the proofs are presented at trial.

In addition, for the reasons explained on the record, Defendants' motion for summary judgment is **GRANTED IN PART AND DENIED IN PART** as follows. The motion is **GRANTED** with respect to Defendants Joi Gaines, Quinton Jackson, Kevin Zarosly, David Meadows, Lamar Williams, and D. Stewart. Plaintiffs' claims against those Defendants are **DISMISSED WITH PREJUDICE**. The motion is

**DENIED WITHOUT PREJUDICE** as to Defendants William Morrison, Radames Benitez, Philip Rodriguez, and the City of Detroit. Defendants may file a renewed motion for summary judgment directed to the claims against those remaining Defendants as discussed on the record.

Finally, before the Defendants' file their renewed summary judgment motion, the Court will preside over a settlement conference in this action. Both Plaintiffs and Jerry Ashford, Chief of Litigation for the City of Detroit, shall attend the settlement conference in person. The individual Defendants do not need to attend the settlement conference. If the case does not settle following that settlement conference, Defendants may file their renewed summary judgment motion as discussed above.

**IT IS SO ORDERED**.

Dated: November 19, 2024

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126