UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN PUTRUS, *et al.*,

     Plaintiffs,

                                       Case No. 21-cv-11312
v.                                    Hon. Matthew F. Leitman

WILLIAM MORRISON, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the orders entered on this day, on March 8, 2023, and on September 19, 2024,

     **IT IS ORDERED AND ADJUDGED** that Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE** and Plaintiffs' state-law claims are **DISMISSED WITHOUT PREJUDICE**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                          By:    s/Holly A. Ryan
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 31, 2026
Detroit, Michigan

1